IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TWO RIVERS FARM, LLC, | § | |
| | § | |
| Defendant Below, | § | No. 199, 2025 |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| MELISSA GARLINGTON, | § | C.A. No. 2024-0917 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: December 10, 2025
Decided: December 11, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, and **LEGROW**, Justices.

## **ORDER**

This 11th day of December 2025, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Letter Opinion dated April 7, 2025.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice